Petition for Writ of Mandamus Denied and Opinion filed December 5, 2002









Petition for Writ of Mandamus Denied and Opinion filed
December 5, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01176-CV

____________

 

IN RE DONALD LEE REESE, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On November 12, 2002, relator
filed a petition for writ of mandamus in this Court seeking to compel the Hon.
Joan Campbell, Judge of the 248th District Court of Harris County, to rule on
his motion for forensic DNA testing.  See
Tex. Gov=t. Code Ann. ' 22.221;  see also Tex. R. App. P. 52.

We deny relator=s petition for writ of mandamus.

PER CURIAM

 

Petition Denied
and Opinion filed December 5, 2002.

Panel consists of
Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish ‑ Tex. R. App. P. 47.3(b).